**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

THEODORE SUTTON, as Trustee )
of the Theodore S. Sutton Inheritance )
Trust U/T/D 4/26/2005, )
           )
    Plaintiff, )
           )
v. )    Case No. CIV-25-1306-D
           )
DCP OPERATING COMPANY, LP; )
DCP HOLDINGS LP; and )
PHILLIPS 66, )
           )
    Defendants. )

## ORDER

Before the Court is Plaintiff's Motion to Remand to State District Court and Brief in Support [Doc. No. 7]. Defendants filed a response [Doc. No. 11]. The matter is fully briefed and at issue.

Briefly, Plaintiff's motion to remand is premised on the misunderstanding that Defendants being subject to *in personam* jurisdiction in the District Court of Beaver County, Oklahoma divests this Court of diversity jurisdiction. [Doc. No. 7, at 1] ("This is a case arising from property damage and negligence involving a communications tower located in Beaver County, Oklahoma, wherein the parties to the contract and the Defendants herein satisfy all necessary legal standards to subject them all to state in personam jurisdiction, *regardless of diversity*.").

Notably, Plaintiff does not dispute the existence of complete diversity among the parties, as required by 28 U.S.C. § 1332. Nor does Plaintiff dispute that the amount in

1

controversy exceeds $75,000. *Id.* Plaintiff further admits that Defendants' removal was timely [Doc. No. 7, at 2]. The Court thus finds that it has diversity jurisdiction over this action, and Plaintiff has failed to provide any sufficient basis to remand this action to state court. Accordingly, Plaintiff's Motion to Remand [Doc. No. 7] is **DENIED**.

　　**IT IS SO ORDERED** this 23rd day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge